**United States District Court**
For the Northern District of California

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

JOHN DOE,                                                                 No. C 07-04756 JF (PVT)

        Plaintiff(s),

        v.                                                                    CLERK'S NOTICE

THE DEPARTMENT OF CORRECTION
CALIFORNIA ATTORNEY GENERAL
JERRY BROWN,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    Please take notice that this action has been reassigned a civil miscellaneous case number which is C-07-80227 MISC JF. Please use this number for any future filings and communications with the court on this matter. All current filings have been placed under the new number.

Dated: September 26, 2007

                                            Richard W. Wieking, Clerk of Court

                                      by: _____
                                          Snooki Puli
                                          Deputy Clerk