**E-filed 10/04/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>   v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>               Defendants. | Case Number C-07-80227 MISC JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[re: docket no. 2] |

      Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). Given that *pro se* pleadings are to be liberally construed, Mr. Doe's filing on September 17, 2007 will be deemed to include a

---

[1] This disposition is not designated for publication and may not be cited.

complaint even though not labeled as such. In his application for *in forma pauperis*, Mr. Doe indicates he is unemployed and receiving social security disability benefits. The application to proceed *in forma pauperis* is GRANTED. The Marshal shall serve the parties by the close of business on the date of this Order.

IT IS SO ORDERED

DATED: October 4, 2007

_____
JEREMY FOGEL
United States District Judge