**E-filed 10/04/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | Case Number C-07-80227 MISC JF |
| Plaintiff, | ORDER[1] GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| THE DEPARTMENT OF CORRECTION, et al., | [re: docket no. 2] |
| Defendants. | |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). Given that *pro se* pleadings are to be liberally construed, Mr. Doe's filing on September 17, 2007 will be deemed to include a

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C-07-80227 MISC JF
ORDER GRANTING IN FORMA PAUPERIS
(JFLC3)

1  complaint even though not labeled as such.  In his application for *in forma pauperis*, Mr. Doe
2  indicates he is unemployed and receiving social security disability benefits.  The application to
3  proceed *in forma pauperis* is GRANTED.  The Marshal shall serve the parties by the close of
4  business on the date of this Order.

6  IT IS SO ORDERED

8  DATED:  October 4, 2007

                            JEREMY FOGEL
                            United States District Judge

Case No. C-07-8022 MISC JF
ORDER GRANTING IN FORMA PAUPERIS
(JFLC3)