United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,                                            No. C 07-80227 MISC-JF

                Plaintiff(s),
                                                     CLERK'S NOTICE
        v.

THE DEPARTMENT OF CORRECTION,
ET AL.,

                Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


        Please take notice that pursuant to the Order Granting Application to Proceed In Forma

Pauperis filed on October 4, 2007, this action has been reassigned a regular civil case number which

is **CV 07-5117-JF**.   Please use this number for any future filings and communications with the court

on this matter.  All current filings have been placed under the new number.


Dated:  October 4, 2007

                                                     Richard W. Wieking, Clerk


                                            by:  _____
                                                     Snooki Puli
                                                     Deputy Clerk