UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>     v.<br><br>THE DEPARTMENT OF CORRECTIONS,<br>ET AL.,<br><br>            Defendant._____/ | Case Number: C 07-80227 MISC-JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Doe
1207 Lancelot Lane
San Jose, CA 95127

October 4, 2007

Richard W. Wieking, Clerk
By: Snooki Puli