1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  JEFFREY I. BEDELL, State Bar No. 232287
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 322-6103
7    Fax: (916) 324-8835
     Email: Jeff.Bedell@doj.ca.gov
8
   Attorneys for Edmund G. Brown, Jr., Attorney
9  General of the State of California, in his official
   capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>　　　　　　　　　Defendants. | Case No. CV-07-5117 (JF)<br><br>**EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

　　　　Defendant Edmund G. Brown, Jr., Attorney General of the State of California, sued in his official capacity (hereinafter "Attorney General"), pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 6-3 respectfully requests an extension of time to respond to the Court's Order to Show Cause issued on September 19, 2007. The Court's Order directs that "within fourteen (14) court days, Defendants shall show cause as to why the relief prayed for

Request for Extension of Time to Respond to     Doe, John v. The Department of Correction, et al.
Order to Show Cause                             CV-07-5117 (JF)

1

1  should not be granted." The Attorney General was not aware of plaintiff's lawsuit or the Order
2  to Show Cause until October 3, 2007. In addition, the Attorney General was not served with
3  Plaintiff's moving papers until October 4, 2007. (Docket # 11.) According to the Attorney
4  General's calculation, a response is due pursuant to the Order to Show Cause on or before
5  October 9, 2007.

6      Accordingly, the Attorney General respectfully requests fourteen court days from the date of
7  service on October 4, 2007 to respond to plaintiff's moving papers. The Attorney General's
8  response to the Order to Show Cause would therefore be due on or before October 24, 2007.

10  Dated: October 5, 2007    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of the State of California

    CHRISTOPHER E. KRUEGER
    Senior Assistant Attorney General

    STEPHEN P. ACQUISTO
    Supervising Deputy Attorney General

    */s/ Jeffrey Bedell*

    JEFFREY I. BEDELL
    Deputy Attorney General
    Attorneys for Edmund G. Brown, Jr., Attorney General
    of the State of California, in his official capacity

10384099.wpd
SA2007102670

Request for Extension of Time to Respond to    Doe, John v. The Department of Correction, et al.
Order to Show Cause    CV-07-5117 (JF)

2