EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JEFFREY I. BEDELL, State Bar No. 232287
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6103
  Fax: (916) 324-8835
  Email: Jeff.Bedell@doj.ca.gov

Attorneys for Edmund G. Brown, Jr., Attorney General of the State of California, in his official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. CV-07-5117 (JF)<br><br>DECLARATION OF JEFFREY I. BEDELL IN SUPPORT OF EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

1.   I, Jeffrey I. Bedell, am an attorney duly licensed to practice law in California and before this Court. I am one of the attorneys of record for Defendant Edmund G. Brown, Jr., Attorney General of California, sued herein in his official capacity. I make this Declaration in Support of the Attorney General's Ex Parte Request for Extension of Time to Respond to the Court's Order to Show Cause.

2. The Court issued an Order to Show Cause dated September 19, 2007 directing "within fourteen (14) court days, Defendants shall show cause as to why the relief prayed for should not be granted."

3. The Attorney General was not aware of plaintiff's lawsuit or the Order to Show Cause until October 3, 2007. In addition, the Attorney General was not served with Plaintiff's moving papers until October 4, 2007. (Docket # 11.) According to the Attorney General's calculation, a response is due pursuant to the Order to Show Cause on or before October 9, 2007.

4. I have searched plaintiff's moving papers for a phone number to contact him to request a Stipulation to extend our time to respond to his moving papers, but could find no such number. However, since it is the Court's Order to Show Cause that we are responding to, I am unclear whether a Stipulation from plaintiff would be of any effect in this matter.

5. The Attorney General requires more than the time allowed from the date of service on October 4, 2007 to the October 9, 2007 date set by the Court in the Order to Show Cause to adequately review plaintiff's moving papers and prepare a response to the Court's Order to Show Cause.

6. No previous time modifications have been given in this case whether by stipulation or court order.

7. The requested extension of time would require the Attorney General to respond to plaintiff's moving papers on or before October 24, 2007.

I declare under penalty of perjury under the laws of this jurisdiction that the foregoing is true and correct.

Executed this 5th day of October, 2007, at Sacramento, California.

_____
Jeffrey I. Bedell