1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
3 | STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
4 | JEFFREY BEDELL, State Bar No. 232287
Deputy Attorney General
5 |   1300 I Street, Suite 125
  P.O. Box 944255
6 |   Sacramento, CA 94244-2550
  Telephone: (916) 322-6103
7 |   Fax: (916) 324-8835
  Email: Jeff.Bedell@doj.ca.gov
8 |
Attorneys for Attorney General, State of California
9 | Executive Programs - Civil Legal Services

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

| | |
|---|---|
| **John Doe,** | CV 07-5117 JF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Courtroom: 3 |
| **The Department of Correction, et. al., ,** | Judge: The Honorable Jeremy Fogel |
| Defendant. | |

21     I declare:

22     I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

26 //

27 //

28 //

On <u>October 5, 2007</u>, I served the attached **:**

**1. EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;**

**2. DECLARATION OF JEFFREY I. BEDELL IN SUPPORT OF EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;**

**3. PROPOSED ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

John Doe
1207 Lancelot Lane
San Jose CA  95127
Plaintiff, In Pro Se

    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 5, 2007, at Sacramento, California.

    Anecita Agustinez

| Declarant | Signature |
|---|---|

10384402.wpd
SA2007102670

CERTIFICATE OF SERVICE - 5:07-cv-05117 JF

2