EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JEFFREY I. BEDELL, State Bar No. 232287
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6103
 Fax: (916) 324-8835
 Email: Jeff.Bedell@doj.ca.gov

Attorneys for Edmund G. Brown, Jr., Attorney General of the State of California, in his official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br><br>     v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>                              Defendants. | Case No. CV-07-5117 (JF)<br><br>[PROPOSED] ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

　　　　The Court having read and considered the request submitted by Defendant Edmund G. Brown, Jr., Attorney General of the State of California, sued herein in his official capacity, for an extension of time to respond to the Court's Order to Show Cause issued September 19, 2007, and good cause having been shown, the Court orders as follows:

　　　　The Attorney General shall have fourteen court days from the date of service on

[Proposed] Order Granting Extension of Time to        Doe, John v. The Department of Correction, et al.
Respond to Order to Show Cause                                                         CV-07-5117 (JF)

1

1  October 4, 2007of plaintiff's moving papers to respond to the Order to Show Cause. Therefore,
2  the Attorney General's response to the Court's Order to Show Cause shall be filed on or before
3  October 24, 2007.
4     Dated: October ____, 2007         _____
                                            JEREMY FOGEL
5                                           United States District Judge
6
   10384166.wpd
7  SA2007102670