\*\*E-filed 10/9/07\*\*

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  JEFFREY I. BEDELL, State Bar No. 232287
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 322-6103
7    Fax: (916) 324-8835
     Email: Jeff.Bedell@doj.ca.gov
8
   Attorneys for Edmund G. Brown, Jr., Attorney
9  General of the State of California, in his official
   capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>　　　　　　Defendants. | Case No. CV-07-5117 (JF)<br><br>[PROPOSED] ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

　　The Court having read and considered the request submitted by Defendant Edmund G. Brown, Jr., Attorney General of the State of California, sued herein in his official capacity, for an extension of time to respond to the Court's Order to Show Cause issued September 19, 2007, and good cause having been shown, the Court orders as follows:

　　The Attorney General shall have fourteen court days from the date of service on

[Proposed] Order Granting Extension of Time to　　　　　　　　Doe, John v. The Department of Correction, et al.
Respond to Order to Show Cause　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV-07-5117 (JF)

1

1  October 4, 2007 of plaintiff's moving papers to respond to the Order to Show Cause. Therefore,
2  the Attorney General's response to the Court's Order to Show Cause shall be filed on or before
3  October 24, 2007.
4        Dated: October  9  , 2007        _____
5                                                   JEREMY FOGEL
                                                 United States District Judge
6
7  10384166.wpd
  SA2007102670
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Extension of Time to       Doe, John v. The Department of Correction, et al.
Respond to Order to Show Cause                                CV-07-5117 (JF)