MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, EDMUND G. BROWN JR., ATTORNEY GENERAL OF CALIFORNIA,<br><br>　　　　Defendants. | CASE NO: CV-07-05117 JF<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH ITS OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>DATE: TBA<br>TIME: TBA<br>COURTROOM: TBA<br><br>Honorable Jeremy Fogel |

## I.

## INTRODUCTION

Defendant California Department of Corrections and Rehabilitation ("CDCR") respectfully submits this request for judicial notice in connection with the its opposition to Plaintiff's application for a temporary restraining order. Specifically, CDCR requests that the Court take judicial notice of:

　　　　(1)　the Petition for Writ of Habeas Corpus, filed October 4, 2007 in the Supreme Court of the State of California, a true and correct copy of which is attached as Exhibit A; and

/ / /

1     (2)    the official ballot summary for Proposition 83, a true and correct copy of which is attached hereto as Exhibit B.

## II.

## ARGUMENT

Under Federal Rule of Evidence 201(b), a judicially noticeable fact is one that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Under Rule 201(d), the Court must take judicial notice of such a fact when "requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

CDCR requests that the Court take judicial of the Petition for Writ of Habeas Corpus filed on October 4, 2007 in the Supreme Court of the State of California. The petition is a matter of public record, and its contents are subject to accurate and ready verification. *See* William W Schwarzer, A. Wallace Tashima & James M. Wagstaffe, *California Practice Guide: Civil Procedure Before Trial* (Rutter Group 2007) § 14:191.2 ("a court may take judicial notice of the existence and contents of court files in another court").

CDCR also requests that the Court take judicial notice of the contents of the official ballot summary for Proposition 83. The official ballot summary is a matter of public record, and its contents are susceptible to "accurate and ready" verification. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record'"). Specifically, that official ballot summary is available for download and review on the California Secretary of State's website at http://www.ss.ca.gov/elections/vig_06/general_06/pdf/proposition_83/entire_prop83.pdf (as of January 22, 2007).

/ / /

/ / /

/ / /

/ / /

## III.

## CONCLUSION

For the foregoing reasons, CDCR respectfully requests that the Court take judicial notice of the attached exhibits.

Dated: October 10, 2007

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
ANDREW W. STROUD
KELCIE M. GOSLING

By: *Kenneth C. Mennemeier /KMG*
Kenneth C. Mennemeier, Attorneys for California Department of Corrections and Rehabilitation

| | |
|---|---|
| Case Name: | *Doe v. California Department of Corrections and Rehabilitation* |
| Case No: | U.S. District Court, Northern District of California, CV 07-05117 JF |

## PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On October 10, 2007, I served the within documents:

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH ITS OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

EDWARD E. VILLEGAS          *Plaintiff in Pro Per*
1207 LANCELOT LN.
SAN JOSE, CA 95127
Telephone: 408.729.4763
Cell: 408.401.5994

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on October 10, 2007, at Sacramento, California.

*Angela Knight*
Angela Knight