Honorable judge Mr. Fogel                                MARCH 11 2008
                                                              FILED

    My name is Edward Eugene Villegas. I am John Doe in case # CY-07-05117 JF. Once again I am under deep stress for another threat of possible incarceration if I am not in compliance with SPPCA this time from the four plaintiff's attorney who filed the Habeas corpus In re E.J., S.P., J.S., K.T. that called me for information, on my situation and status I informed them that I was under the impression that the stay issued to them four plaintiff's who filed a writ of Habeas Corpus, since the case was issued with my case number, also pertains to me, and they informed me that was not the case, as well as my parole officer who has instructed me that as soon as he gets word form the defendants that the stay also applies to me he will not impose SPPCA on me pending a final decision from the Supreme Court. However if it is true that SPPCA dose apply and I'm not incompliance I will be subject to arrest for violating PC section 3003.5 the residence restriction.

    Sir with all do respect I'm requesting to this court that a letter be filed with regards to the stay in fairness of the law, that all parties involved know exactly what the interpretation means. The Department of Corrections and Rehabilitation, and the Attorney(s) for both the defendant's, and the four plaintiff's are under the impression the case itself is stay(ed) as it is, and that SPPCA is impose on me but those other four plaintiffs are allowed to enjoy a stay from SPPCA and they are not impose on with regards to SPPCA. P.C. section 3003.5 That this court issued to them with my case number.

    It is my impression that the stay issued for those four plaintiffs is also issued for me as well. I explain to them all that I filed my TRO/OSC on September 17 th 2007, and was waiting for a descion from this court and one month latter a Habeas Corpus was filed and heard on October 19, 2007, and here a stay was issued for those four plaintiff's my case was not heard yet so your Honor I filed a reconsideration hoping to get a response to my issue weather in favor of a TRO /OSC, or not to move towards the next step if any (another appeal ect.) so while waiting for a decision form this court on the same day the order was stay(ed) for those four plaintiffs I received a call from my parole officer instructing me that ASAP I have to relocate to another residence, I ask for 3 days to gather my daughter's, and grand daughter's thing's, and to barrow some moneys to move out of my life long residence, and to stay in compliance with all laws, I did as I was instructed, and moved into a motel allowed by my parole officer.

    I was dumbfounded as to why this court would issue a stay on those four Plaintiff's who filed in October, and would not issue an order on my TRO/OSC so I filed for reconsideration waiting for a descion in the mean time I called and talk to the defendant's attorney Mrs. Kelcie M. Gosling (SBN 142225) on some error issue's that are not true and needed to be corrected in their brief, (the most important issue is that [ lie ] that I was released on parole after SPPCA went into affect and subsequently was retuned to prison for a violation of parole for that reason SPPCA does apply to plaintiff), and I also explained the issue of them four plaintiffs getting there stay and not me, and how unfair the law is and that the Department of

Correction's and Rehabilitation are only using the second part of the interpretation of Honable White and Kelton's decision that any person convicted before the statue took affect SPPCA dose not apply to them, (and under both interpretation both the plaintiffs and the defendants are right the attorney general claim is bordering on frivolous) and that CDC and R are only using the second and third part of that interpretation (2nd part) anyone released from jail or prison, placed on parole or probation before SPPCA went into effect it does not apply to them.(the third part), and those paroles who have to move from there homes and find another place to live that is not within 2000 feet of school would not be in compliance. The residence has to be 2000 feet from a school or park where children regularly gather. And so the Parole department created flag zone's not sanctions by the courts but by them. And the supreme court also claimed that was bordering on frivolous since the new SPPCA make no mention of that. I explained to her my position and she said we are against the judges decision we are fighting it and it's up to the court's to decide and she could not discuss anything thing further with me that I will have to wait for the court to decide my fate.,

    I waited yet again and I filed another reconsideration asking Only why those four plaintiff's can enjoy a stay, and I could not, and that my constitutional rights were being violated in that, I filed my case before the Habeas Corpus was filed, and they got a response. I had not gotten any thing, and the decision from this court in regard to the second reconsideration came back denied. So I waited until January 8 th for our case management conference, and then I was going to ask you Sir why my TRO/OSC was not heard yet, and why cant I exercise the same privilege as those plaintiff named in the Habeas Corpus that you issued a stay pending a decision from the Supreme Court.,

    I waited in the court room till all your cases were done then the clerk ask if she could help me I explained why I was here for the case management conference, and perhaps request to this court why I have not gotten a decision from my case, and that those plaintiff who filed after me were order a stay, your court clerk insisted, and showed me a copy of the order that you Sir order for those four plaintiff, (in light of ) with the same issue as myself using my case number that the stay also applied to me that is why the Judge denied you reconsideration he did not want to pull back you case to reorder your case when he issues you a stay isn't that what you ask for She ask me, I said YES but it's my Parole officer and his boss C.D.C and R they are adamant that I violated parole, and went back to prison for P.C.261after SPPCA went into effect, and that is wrong that is why I'm being held without any constitutional rights they over looked me, and my parole officer also said as soon has he gets word from his boss(es ) or I could show proof that the stay also applies me he will let me return to my residence. I took a copy of the order, and presented it to him, and he told me to wait five days until he gets confirmation that the orders does apply to me, and to finish out the day's I had already paid for the motel room (as if it was their money that paid for the room which is not the case )( 86 days ) That he will let me go back to my residence from which I left. On the 13 of January I went home but I'm limited to my movements since he is still waiting for a confirmation form his boss(es) and if they say that the order was not applied to me

then I'm in violation, and I will be arrested, And that is also what the attorney's for the plaintiffs in this order to stay Also believe.

   Your Honor Sir I am only asking that a clear unconfusing interpretation of this order be granted, that I don't have to suffer a burden of not being sure about my fate, and that all parties would do according to the clear interpretation that you lay out in this letter, I am sorry to bombard you with these concern's but The defendant's don't play fair, and are doing all they can to win regardless of the laws interpetation already in place by both justice (s) of the Suprem Court.

                                                            Thank you!


                             Edward. E. Villegas
                             As John Doe CV--070-05117-J.F.
                             1207 Lancelot Ln.
                             San Jose Cal. 95127

Sinature _____  date _____