\*\*E-filed 3/16/10\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>              Defendants. | Case Number C-07-5117 JF<br><br>**ORDER[1] DISSOLVING STAY** |

On October 17, 2007, the Court granted Defendants' motion to stay the above-entitled action pending the decision of the California Supreme Court in *In re E.J., S.P., J.S., K.T.* The decision was issued on February 1, 2010, *In re E.J.*, 47 Cal. 4th 1258 (2010). Accordingly, the Court will dissolve the stay.

**IT IS SO ORDERED.**

DATED: 3/16/2010

                                          JEREMY FOGEL
                                          United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.