**E-filed 5/21/10**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>                Defendants. | Case Number C-07-5117 JF<br><br>JUDGMENT[1] |

Defendants' motions to dismiss having been granted, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

IT IS SO ORDERED.

DATED: 5/21/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C-07-5117 JF
ORDER GRANTING MOTIONS TO DISMISS
(JFLC3)